FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 1 1 2006

JAMES W. McCORMACK, CLERK
By: _____
DEP CLK

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

Vs.                          CASE NO. 4:05cr240 WRW

EDUARDO AVIMAEL CASTANAZA                                   DEFENDANT

## ORDER

The defendant in the above-styled case is not well-versed in the English language and is unable to understand and comprehend the proceedings being conducted. The Court therefore directs that an interpreter be appointed, pursuant to Rule 28 of the Federal Rules of Criminal Procedure, to enable the defendant to communicate with and comprehend the presiding judicial officers and other parties at any and all proceedings conducted in court.

IT IS ORDERED that Ms. Estela Mendoza, P.O. Box 55928, Little Rock, Arkansas 72215-5928 be appointed as a certified interpreter to assist the defendant, counsel, and the Court at any and all court proceedings in this case.

IT IS SO ORDERED THIS ___11th___ day of April, 2006.

_____
UNITED STATES MAGISTRATE JUDGE